# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
Rev. 10/10 UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

VANESSA L. A— TRONG

JUN 11 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Daniel Tawan Mathis JR

_____
(Full name of the Plaintiff(s) in this action)

v.

Mayo, William L #7137

Flynn, Curt T #7959

_____

_____

_____
(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:20-CV-431-JRW
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Daniel TAWAN Mathis JR

Place of Confinement: Oldham County Detention Center

Address: 3405 W Hwy 146 Lagrange, Ky 40031

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE ( X )

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Mayo, William L #7137__ is employed as __Detective / Police officer__ at __LMPD 9th Mobile Division__.

The Defendant is being sued in his/her ( X ) individual and/or (__) official capacity.

(2) Defendant __Flynn, Curt T #7959__ is employed as __Detective / Police officer__ at __LMPD 9th Mobile Division__.

The Defendant is being sued in his/her ( X ) individual and/or (__) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES (___) NO (x)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On 4-13-19 at 6:30 pm I Danel Tawan Mathis Jr was walking down the street on the day of Thunder Over Louisville, minding my own Business walking to go over a family member house for the day's event taking place and while I was walking down the street I was harrassed and stop by your officers and pulled me into the street and placed in handcuffs. I asked why you stopped me and officer Mayo said I was jaywalking and hitchiking. On this particular occassion I feel I was racially discriminated against, Harrassed by Police officers for no Reasons. I was walking Down the sidewalk at no point of time was I in the street or crossing the street the officers simply pulled me into the street. Officer Flynn stated on body cam video that he wanted to grab me at 18th and Jefferson infront of the Tax service place I feel like my fourth Amendment right was violated

4

## III. STATEMENT OF CLAIM(S) continued

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

_____ award money damages in the amount of $ 250,000

_____ grant injunctive relief by release from illegal detention

_____ award punitive damages in the amount of $ 250,000

_____ other: 400.00 a day while incarcerated

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 6TH day of April, 2020.

_MrDel Jawan Mattis Jr_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on April 6TH 2020.

_D.L Mattis_
(Signature)

6